New, Appellant, *v.* Tucker.

Argued September 30, 1971. Before JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*Arthur L. Berger,* for appellant.

*Israel Packel,* Special Assistant Attorney General, *Bruce E. Cooper* and *Edward Friedman,* with them *Lawrence J. Beaser,* Assistant Deputy Attorney Gen-

eral, *J. Shane Creamer*, Attorney General, and *Cooper, Friedman & Friedman*, for appellees.

OPINION PER CURIAM, October 13, 1971:

The Court being equally divided, the order is affirmed.

Mr. Chief Justice BELL, Mr. Justice POMEROY and Mr. Justice BARBIERI took no part in the consideration or decision of this case.